**Samuel E. HARRIS, Plaintiff-Appellant,**

v.

**UNITED STATES of America DEPARTMENT OF VETERANS AFFAIRS, Defendant-Appellee.**

**No. 17-6372**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Samuel E. Harris, Appellant Pro Se.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel E. Harris appeals the district court's order denying without prejudice the court's dismissal without prejudice of his Federal Tort Claims Act action under Fed. R. Civ. P. 41(b), for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. U.S. Dep't of Veterans Affairs*, No. 3:16-cv-00158-HEH-RCY (E.D. Va. Feb. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*